IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02132-MJW

EDWARD LOUIE, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,
v.

THE WHITEWAVE FOODS COMPANY,
GREGG L. ENGLES,
JOSEPH S. HARDIN, JR.,
STEPHEN L. GREEN,
DOREEN A. WRIGHT,
MICHELLE GOOLSBY,
W. ANTHONY VERNON,
ANTHONY J. MAGRO,
DANONE S.A., and
JULY MERGER SUB INC.,

Defendants.

___

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION WITH PREJUDICE**
___

WHEREAS, on July 7, 2016, The WhiteWave Foods Company ("WhiteWave") and Danone S.A. ("Danone") announced that they had entered into an Agreement and Plan of Merger, dated as of July 6, 2016, among WhiteWave, July Merger Sub Inc. ("Merger Sub"), and Danone (the "Merger Agreement"), pursuant to which Danone will acquire all of the outstanding shares of WhiteWave and WhiteWave stockholders will receive $56.25 in cash per each share of WhiteWave common stock (the "Proposed Transaction");

WHEREAS, on July 12, 2016, plaintiff Kenneth Bottesi filed a purported class action lawsuit in the District Court for the City and County of Denver, Colorado on behalf of

himself and other public stockholders of WhiteWave, challenging the adequacy of the consideration and process related to the Proposed Transaction, captioned: *Bottesi v. The WhiteWave Foods Company et al.*, Case No. 2016CV32484 (the "State Action");

WHEREAS, on July 29, 2016 WhiteWave filed a preliminary proxy statement with the United States Securities and Exchange Commission ("SEC") which, among other things, (i) summarizes the Merger Agreement, (ii) provides an account of the events leading up to the execution of the Merger Agreement, (iii) states that the WhiteWave board of directors determined that the Proposed Transaction was in the best interests of WhiteWave's stockholders and recommended the Proposed Transaction, and (iv) summarizes the valuation analyses and fairness opinion by Goldman Sachs & Co., the financial advisor to WhiteWave;

WHEREAS, on August 8, 2016, plaintiff Janice L. Malkoff filed a purported class action lawsuit on behalf of herself and other public stockholders of WhiteWave, challenging the disclosures issued related to the Proposed Transaction, captioned: *Malkoff v. Engles et al.*, C.A. No. 16-cv-02005-PAB;

WHEREAS, on August 8, 2016, plaintiff Julie Ann Vanden Berge filed a purported class action lawsuit on behalf of herself and other public stockholders of WhiteWave, challenging the disclosures issued related to the Proposed Transaction, captioned: *Vanden Berge v. Engles et al.*, C.A. No. 16-cv-02010-RBJ;

WHEREAS, on August 11, 2016, plaintiff Patrick McDonald filed a purported class action lawsuit on behalf of himself and other public stockholders of WhiteWave, challenging the disclosures issued related to the Proposed Transaction, captioned: *McDonald v. The WhiteWave Foods Company et al.*, C.A. No. 16-cv-02040-KLM;

WHEREAS, on August 15, 2016, plaintiff John-Mark Gilhousen filed a purported class action lawsuit on behalf of himself and other public stockholders of WhiteWave, challenging the disclosures issued related to the Proposed Transaction, captioned: *Gilhousen v. Engles et al.*, C.A. No. 16-cv-02057-MJW;

WHEREAS, on August 15, 2016, WhiteWave announced that the special stockholder meeting to vote on the Proposed Transaction will occur on October 4, 2016;

WHEREAS, on August 18, 2016, plaintiff Malkoff moved the Court for a preliminary injunction to enjoin the October 4, 2016 stockholder vote unless and until the Defendants publicly disclose additional information allegedly omitted from the Proxy Statement (the "Motion to Enjoin"), which motion was supported by plaintiffs Vanden Berge, McDonald and Gilhousen;

WHEREAS, on August 23, 2016, the Court granted a Proposed Order of Consolidation, consolidating the *Malkoff*, *Vanden Berge*, *McDonald*, and *Gilhousen* actions into a single consolidated action (collectively, the "Consolidated Action");

WHEREAS, on August 23, 2016, plaintiff Edward Louie filed a purported class action lawsuit on behalf of himself and other public stockholders of WhiteWave, challenging the disclosures issued related to the Proposed Transaction, captioned: *Louie v. The WhiteWave Foods Company et al.*, C.A. No. 16-cv-02132-MJW (the "Action"), which has not been consolidated with the Consolidated Action (together, the "Federal Actions");

WHEREAS, the Action alleges, among other things, that defendants Gregg L. Engles, Michelle Goolsby, Stephen L. Green, Joseph S. Hardin, Jr., Anthony J. Margo, W. Anthony Vernon, and Doreen A. Wright (the "Individual Defendants") and WhiteWave committed disclosure violations under Section 14(a) of the Securities and Exchange Act of 1934

(the "Exchange Act"), and Rule 14a-9 promulgated thereunder, and that the Individual Defendants and Danone (collectively with WhiteWave, the "Defendants") committed violations under Section 20(a) of the Exchange Act;

WHEREAS, on August 30, 2016, WhiteWave filed a definitive proxy statement with the SEC which, among other things, (i) summarizes the Merger Agreement, (ii) provides an account of the events leading up to the execution of the Merger Agreement, (iii) states that the WhiteWave board of directors determined that the Proposed Transaction was in the best interests of WhiteWave's stockholders and recommended the Proposed Transaction, and (iv) summarizes the valuation analyses and fairness opinion by Goldman Sachs & Co., the financial advisor to WhiteWave (the "Proxy Statement");

WHEREAS, as a result of discussions between and among the parties to the Federal Actions and the State Action, it is agreed that, in consideration for the withdrawal of the Motion to Enjoin and the dismissal with prejudice of the Federal Actions and the State Action, WhiteWave included additional disclosures to the Proxy Statement in a Form 8-K, filed with the SEC on September 9, 2016 (the "Supplemental Disclosures"). Without admitting any wrongdoing, the Defendants acknowledge that the prosecution of the Federal Actions and the State Action and discussions with Counsel for plaintiffs were the cause of the decision to make the Supplemental Disclosures;

WHEREAS, plaintiff Louie agrees that as a result of the Supplemental Disclosures the disclosure issues related to the Proposed Transaction identified in his complaint and the Motion to Enjoin have become moot;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties:

1. Plaintiff Louie shall not further attempt to enjoin, prevent or disrupt the forthcoming stockholder vote on the Proposed Transaction or the Proposed Transaction itself, in any way;

2. Plaintiff Louie hereby agrees to voluntarily dismiss the Action, with prejudice.

Dated: September 9, 2016

*/s/ Rusty E. Glenn*
Rusty E. Glenn
THE SHUMAN LAW FIRM
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel.: (303) 861-3003
Fax: (303) 536-7849


Kip B. Shuman
THE SHUMAN LAW FIRM
Post-Montgomery Ctr.
One Montgomery Street, Ste. 1800
San Francisco, CA 94104
Tel.: (303) 861-3003
Fax: (303) 536-7849

*Local Counsel for Plaintiff*


*/s/ Seth D. Rigrodsky*
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
Jeremy J. Riley
RIGRODSKY & LONG, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

Katharine M. Ryan
Richard A. Maniskas
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Tel.: (484) 588-5516

*Counsel for Plaintiff*

*/s/ Robert S. Saunders*
Robert S. Saunders
Cliff C. Gardner
Veronica B. Bartholomew
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
920 N. King Street, 7th Floor
Wilmington, Delaware 19801
Tel.: (302) 651-3000
Fax: (302) 651-3001

*Attorneys for Defendants The WhiteWave Foods Company, Gregg L. Engles, Michelle Goolsby, Stephen L. Green, Joseph S. Hardin, Jr., Anthony J. Magro, W. Anthony Vernon, and Doreen A. Wright*


*/s/ William Savitt*
William Savitt
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000
Fax: (212) 403-2000

*Attorneys for Danone S.A. and July Merger Sub Inc.*

5

SO ORDERED this _____ day of _____, 2016

_____

Honorable Philip A. Brimmer
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2016, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

*/s/ Rusty E. Glenn*
Rusty E. Glenn